# Exhibit A

| Seller Alias | Email(s) |
|---|---|
| 365autoparts | shweili@163.com |
| AdultUS | chengyangy0118@outlook.com |
| AJUNJIIL | 18502123696@163.com |
| Arcosucu | arcosucu@163.com |
| AUTOMOVE | lltk25681hl@outlook.com |
| AutoRiverMap STORE | dengpengfeius@outlook.com |
| bigbangauto | zhangqing20242024@163.com |
| BlueSkyz SHOP | wangdonglx2023@126.com |
| BRLUCKY | zhaozeus@163.com |
| Bufeeters | xzhongzhi2022@163.com |
| byictpc | huxh_2005@126.com |
| Chenglanhsjg | chengyu_su@163.com |
| CloudLampShop | weifanglizhenus@163.com |
| CogitoErgoSum Autocarft Store | hiyongwang@outlook.com |
| dahuixiong | niqu2024@163.com |
| Dawn Jade | wangdan9608@163.com |
| DIDUO SHOP | 15632011030@163.com |
| DTJFKJ | 422350018@qq.com |
| DXSTREW | tydxs07001shy@outlook.com |
| GaoYoushangmao | cp0805@sina.com |
| GaweGuru | changfengmin2022@163.com |
| GGD AutoStore | 18123765437@163.com |
| GTAL Autoparts | zsy2025168@163.com |
| HAOXINQI | qizhi0012@163.com |
| HELIHL | 15030716562@163.com |
| hongparts | 13755771672@163.com |
| Huawen Hansheng Network Technology Co., Ltd | huawenhansheng@outlook.com |
| HUILIZHONGCHENG | huilizhunchen@163.com |
| Iminecomm | 1064834515@qq.com |
| jian's automotive | xj_hqy2023@163.com |
| aksakahparts | akskahparts@163.com |
| AUTO GLOBEASE | 3949604274@qq.com |
| Auto Plus 03Store | qipei3dian@163.com |
| autoall1 | autoall92@outlook.com |
| auto-car-hui | e15999848566@163.com |
| Autofan-zone | autofanzone@163.com |
| AutoFit Supply | qipei5dian@163.com |
| auto-jks | bingwmain@outlook.com |
| automaker-sales | zhuimao2003@163.com |

| | |
|---|---|
| autoparts-5a | phmy13266888486@163.com |
| bellpartss | bellparts@163.com |
| billiontons | jay20240725@163.com |
| carlei014 | cleo.mckenzienhv@outlook.com |
| car-shop69 | qq123654987369@163.com |
| cydazzling | cyao1125@163.com |
| Drivexyzpert-zone | drivexpert@163.com |
| erhaiou | mingchen039@163.com |
| feelingauto | feelingautos@163.com |
| garciaya | changyi30914@163.com |
| GearNestMaster | shelley946567@outlook.com |
| huang caixia | angel179190377@163.com |
| James-us3 | james13713414699@163.com |
| Artistic Print Tee Boutique | zhenghs4934@126.com |
| BASEHAIRTIII | 512703854@qq.com |
| Dazzle Decor | jim2000@126.com |
| FIERCE MAN TSHIRT | caijiawei999994@163.com |
| GracefulM | 273537257@qq.com |
| HPNY mall | Rongwei568@163.com |
| dajun Zhong | thitethkvtg@outlook.com |
| Drimzate Furniture | yangbin03712024@163.com |